# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KEVIN B. MICHELSON,<br>    Plaintiff<br><br>    v.<br><br>DAVID NIXON, ET AL.,<br>*Individually and as Town Administrator*<br>    Defendant | CIVIL ACTION NO. 3:12-cv-30162-MAP |

## JUDGMENT IN A CIVIL CASE

Michael A. Ponsor, D.J.

[ ]  **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** of dismissal pursuant to the court's endorsed order entered this date, dismissing the plaintiff's complaint.

SARAH A. THORNTON,
CLERK OF COURT

Dated: October 18, 2012

By  /s/ *Maurice G. Lindsay*
Maurice G. Lindsay
Deputy Clerk

(Civil Judgment of Dismissal-6.wpd - 11/98)
[jgm.]